NICOLE A. KRAMER, Individually and as Administratrix of the Estate of KEVIN J. KRAMER, Deceased, Appellant, v INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS, LOCAL 41 et al., Defendants, and LOCAL No. 41 INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS (IBEW) ELECTRICAL INDUSTRY EDUCATION FUND, Respondent. [790 NYS2d 918]—Appeal from an order of the Supreme Court, Erie County (Kevin M. Dillon, J.), entered June 3, 2004. The order denied plaintiff's motion for discovery in a wrongful death action.

It is hereby ordered that the order so appealed from be and the same hereby is unanimously affirmed without costs for reasons stated in decision at Supreme Court. Present—Hurlbutt, J.P., Scudder, Kehoe, Pine and Hayes, JJ.